**CLOCK SPRING, L.P., Plaintiff–Appellant,**

v.

**WRAPMASTER, INC., Applied Consultants, Inc., and Glenn Davis (personally and including his marital estate), Defendants–Appellees.**

**Clock Spring, L.P., Plaintiff–Appellee,**

v.

**Wrapmaster, Inc., Applied Consultants, Inc., and Glenn Davis (personally and including his marital estate), Defendants–Appellants.**

**Nos. 2008–1332, 2008–1347.**

United States Court of Appeals, Federal Circuit.

July 14, 2008.

William L. Prickett, Jason J. Jarvis, Seyfarth Shaw LLP, Boston, MA, Ira Philip Domnitz, William G. Arnot III, Win-

stead Attorneys, Houston, TX, for Defendants–Appellees/Defendants–Appellants.

Tim Headley, Law Offices of Tim Headley, Houston, TX, for Plaintiff–Appellant.

ON MOTION

*ORDER*

Upon consideration of Wrapmaster, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs in 2008–1347.

(3) The revised official caption is reflected above.